```
SANDERS LAW, PLLC
Craig B. Sanders, Esq. (284397)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (516) 203-7600
Facsimile: (516) 281-7601
csanders@sanderslawpllc.com
Attorneys for Plaintiff
File No.: 103523
```



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mr. Tim Shobe, | Docket No: CV13-05679-JEM |
| Plaintiff, | |
| vs. | DEMAND FOR JURY TRIAL |
| Bragg Live Food Products, Inc., | COMPLAINT FOR:<br>1) COPYRIGHT INFRINGEMENT |
| Defendant(s). | |

Mr. Tim Shobe, by and through its undersigned counsel, states and alleges as follows:

### INTRODUCTION

1. Plaintiff Mr. Tim Shobe ("SHOB") provides entertainment-related photojournalism goods and services. In particular, SHOB owns the rights to a multitude of photographs featuring celebrities, which it licenses to online and print publications.

2. SHOB's portfolio of celebrity photographs is the bread and butter of its business.

3. SHOB has obtained U.S. copyright registrations covering many of its photographs, and others are the subject of pending copyright applications.

4. Defendant Bragg Live Food Products, Inc. owns and operates a website known as www.bragg.com.

5. Without permission or authorization from SHOB, Bragg Live Food Products, Inc. copied, modified, and displayed SHOB's photograph(s) on Bragg Live Food Products, Inc.'s website

www.bragg.com.

6. Bragg Live Food Products, Inc. engaged in this misconduct knowingly and in violation of the United States copyright laws.

7. SHOB has been substantially harmed as a result of Bragg Live Food Products, Inc.'s misconduct.

## JURISDICTION AND VENUE

8. This Court has subject matter jurisdiction over the federal copyright infringement claims pursuant to 28 U.S.C. §1338(a) and 28 U.S.C. §1331. The Court has supplemental jurisdiction over the claims arising under state law pursuant to 28 U.S.C. §1367(a) in that the state claims are so related to the claims over which the court has original jurisdiction that they form part of the same case or controversy.

9. This Court has personal jurisdiction over Bragg Live Food Products, Inc. because Bragg Live Food Products, Inc. maintains its principal place of business in Santa Barbara County, California and purposely directs substantial activities at the residents of California by means of the website described herein.

10. Venue is proper under 28 U.S.C. §1391(a)(2) because Bragg Live Food Products, Inc. does business in this Judicial District or because a substantial part of the events or omissions giving rise to the claim occurred in this Judicial District.

## PARTIES

11. SHOB is a Alaska and maintains its principal place of business in Sitka County, Alaska.

12. On information and belief, Bragg Live Food Products, Inc., a Incorporation with a principal place of business in Santa Barbara County, California is liable and responsible to Plaintiff based on the facts herein alleged.

## FACTUAL ALLEGATIONS

### SHOB's Business

13. SHOB Commercial photographer. In particular, SHOB owns the rights to a multitude of photographs which it licenses to online and print publications.

14. SHOB has invested significant time and money in building its photograph portfolio.

### SHOB's Copyrights

15. SHOB has obtained U.S. copyright registrations covering many of its photographs, and others are the subject of pending copyright applications.

16. SHOB's photographs are original, creative works in which SHOB owns protectable copyright interests.

17. SHOB owns several active and valid copyright registrations with the United States Copyright Office (the "USCO"), which registrations cover SHOB's photographs.

18. SHOB also has filed several copyright applications with the USCO, which are presently pending.

19. SHOB applied for and received [a] copyright registration(s) for a collection(s) of photographs, which included the photograph(s) annexed hereto as Exhibit(s) "1" (the "Photograph(s)").

### Bragg Live Food Products, Inc.'s Website

20. On information and belief, Bragg Live Food Products, Inc. is the registered owner of the website located at www.bragg.com (the "Website"). On information and belief, Bragg Live Food Products, Inc. operates the Website and is responsible for all Website content.

21. The Website provides, *inter alia*, articles, photographs and other information regarding celebrities.

22. The Website is monetized in that it contains paid advertisements. On information and belief, Bragg Live Food Products, Inc. profits from these activities.

### Bragg Live Food Products, Inc.'s Misconduct

23. Without permission or authorization from SHOB, Bragg Live Food Products, Inc.